1

2

3

4                       UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7    SCOTT JOHNSON,                          Case No. 22-cv-00802-SI

8                   Plaintiff,               **ORDER TO SHOW CAUSE WHY
                                             COURT SHOULD NOT DECLINE**
9          v.                                **SUPPLEMENTAL JURISDICTION
                                             OVER UNRUH ACT CLAIM**
10   BENJAMIN JEAN RUIZ,

11                  Defendant.

12          This case was filed on February 8, 2022, against defendant Benjamin Jean Ruiz.  Ruiz failed

13   to respond to the complaint, and Johnson moved for entry of default on June 7, 2022.  The Clerk

14   declined entry of default due to the insufficiency of the motion.  Johnson again moved for entry of

15   default, and the Clerk entered default on June 15, 2022.  Johnson has moved for default judgment,

16   and that motion is scheduled for a hearing on October 7, 2022.

17          The Court *sua sponte* takes judicial notice of the fact that Johnson is a high-frequency

18   plaintiff who resides in the Eastern District of California.  **Plaintiff is ORDERED TO SHOW
     CAUSE in writing by 3 p.m. on October 3, 2022, why the Court should not decline to exercise**

19   **supplemental jurisdiction over Johnson's state-law Unruh Act claim for the reasons stated in**

20   ***Vo v. Choi*, No. 20-55737, slip op. at 11-16 (9th Cir. Sept. 21, 2022) (affirming district court's**

21   **declination of supplemental jurisdiction over Unruh Act claim after entry of default but prior**

22   **to default judgment)**; *see also Arroyo v. Rosas*, 19 F.4th 1202, 1213-16 (9th Cir. 2021).

23          **IT IS SO ORDERED**.

24

25   Dated: September 26, 2022            _____

26                                        SUSAN ILLSTON
                                          United States District Judge
27

28

*United States District Court*
*Northern District of California*