UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

   v.

BENJAMIN JEAN RUIZ,

        Defendant.

Case No. 22-cv-00802-SI

**JUDGMENT**

The Court has granted plaintiff's motion for entry of default. Judgment by default is hereby entered in favor of plaintiff Scott Johnson and against defendant Benjamin Jean Ruiz as follows: Johnson is awarded (1) an injunction requiring Ruiz to provide accessible dining surfaces, paths of travel, and a restroom in compliance with the 2010 ADA Standards for Accessible Design at Pupuseria Mi Chalateca restaurant at 4161 Hamilton Ave., San Jose, California; and (2) $1,807.5 in attorneys' fees and $902 in costs.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 18, 2022

_____
SUSAN ILLSTON
United States District Judge